Amy L. Goldman
EMAIL goldman@lbbslaw.com
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012
(213) 250-1800
FAX (213) 250-7900

Amy L. Goldman, TRUSTEE

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re: | Case No.: 1:09-10356-GM |
| MOETAZEDI, MASOUD MATT | Chapter: 7 |
| | **NOTIFICATION OF ASSET CASE** |
| | [No Hearing Required.] |
| Debtor(s) | |

**TO: JON D. CERETTO, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Amy L. Goldman, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice should be given to creditors to file claims.

Dated: August 31, 2009

_____
Amy L. Goldman